USDC SCAN INDEX SHEET










HBH     6/9/06    13:28
3:06-CV-00228    BRODY V. DOT HILL SYSTEMS
*33*
*O.*

ORIGINAL

FILED

06 JUN -8 AM 9: 50

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT BRODY, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>DOT HILL SYSTEMS CORPORATION, et al.<br><br>                  Defendants. | No. 06-CV-0228-W(WMc)<br><br>CLASS ACTION<br><br>ORDER CONSOLIDATING RELATED ACTIONS |

33

Having considered Matt Brody's Motion to Consolidate Related Actions (the "Motion"), the memorandum of points and authorities in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

The Court, having considered Fed. R. Civ. P. 42(a) and the provisions of §21D(a)(3)(B)(ii) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B)(ii), as amended by the Private Securities Litigation Reform Act of 1995, hereby ORDERS the following cases consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings:

| CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Brody v. Dot Hill Sys. Corp.* | 3:06cv00228 | January 31, 2006 |
| *Buckner v. Dot Hill Sys. Corp.* | 3:06cv00268 | February 6, 2006 |
| *Naryznai v. Dot Hill Sys. Corp.* | 3:06cv00281 | February 9, 2006 |
| *Jardin v. Dot Hill Sys. Corp.* | 3:06cv00341 | February 14, 2006 |
| *Steinberg v. Dot Hill Sys. Corp.* | 3:06cv00662 | March 24, 2006 |

Termed

2. The consolidated cases shall be identified as: *In re Dot Hill Sys. Corp Securities Litigation*, No. 06-CV-0228-W(WMc) and the files of this action shall be maintained in one file under No. 06-CV-0228-W(WMc). Any other actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes if and when the Court is apprised of them. The parties shall notify the Court of any other action which is pending or filed outside of this district which may be related to the subject matter of these consolidated actions if and when they become aware of such actions.

3. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DOT HILL SYS. CORP. SECURITIES LITIGATION | ) No. 06-CV-0228-W(WMc) ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: | ) ) ) |

4. When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not all, of such actions, this Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, No. 06-CV-0228-W(WMc) ("*Brody*")).

5. From the date of entry of this Order, the parties shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i), without regard to whether a stay under 15 U.S.C. §78u-4(b)(3)(B) is in effect, and shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i)'s provisions concerning documents relevant to allegations in these actions.

6. Pursuant to the Stipulation and Order Regarding Response to Complaint entered February 24, 2006, Lead Plaintiff shall file a Consolidated Complaint no later than forty-five (45) days of the Court's designation of lead plaintiff and lead counsel, unless otherwise agreed between

the parties, which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder or in any related cases.

IT IS SO ORDERED.

DATED: 6/7/06

THE HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
JONAH H. GOLDSTEIN
TRICIA L. MCCORMICK

TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Dot Hill\ORD00029535_CON.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on April 3, 2006, declarant served the **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 2006, at San Diego, California.

_____
KATHY SCOVILLE

DOT HILL
Service List - 4/3/2006  (06-0016)
Page 1 of 2

**Counsel For Defendant(s)**

Koji F. Fukumura
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121
   858/550-6000
   858/550-6420(Fax)


**Counsel For Plaintiff(s)**

Steven S. Wang
Brodsky & Smith, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
   310/300-8425
   310/247-0160(Fax)

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
   310/201-9150
   310/201-9160(Fax)

Frank J. Johnson
Brett M. Weaver
Johnson Law Firm, A P.C.
402 W. Broadway, 27th Floor
San Diego, CA 92101
   619/230-0063
   619/230-1839(Fax)

Darren J. Robbins
Jonah H. Goldstein
Tricia L. McCormick
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
   212/682-1818
   212/682-1892(Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
   610/667-7706
   610/667-7056(Fax)

Jordan L. Lurie
Leigh A. Parker
Zev B. Zysman
Weiss & Lurie
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
   310/208-2800
   310/209-2348(Fax)