USDC SCAN INDEX SHEET










```
KAJ     6/30/06     14:16
3:06-CV-00228    BRODY V. DOT HILL SYSTEMS
*39*
*O.*
```

FILED

06 JUN 29 AM 8:50

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: W  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT BRODY On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOT HILL SYSTEMS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 06-CV-0228 W (WMc)<br><br>ORDER DENYING MOTIONS TO CONSOLIDATE OF THE BRUCKER GROUP, AND THE DETROIT GROUP ; DENYING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF OF THE BRUCKER GROUP, CITY OF DEERFIELD BEACH & BRODY |

//
//

On January 31, 2006, Plaintiff Matt Brody ("Brody") filed a putative class action Complaint alleging that Defendant Dot Hill Systems Corporation, ("Defendant")

- 1 -

06cv0228

violated § 10(b) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). 17 C.F.R. §240.10b-5. Subsequent to the Brody action, four related actions were filed in this District[1].

On April 3, 2006, competing Motions to Appoint Lead Plaintiff and for Consolidation of Related Actions were filed by Norman R. Brucker, Marvin M. Feldman and Timothy J. Ake (collectively "the Brucker Group"); the General Retirement System of the City of Detroit("GRS"), and the Police & Fire Retirement System of the City of Detroit ("DP&F") (collectively "the Detroit Group"); and David S. Wetherall, Deerfield Beach and Matt Brody ("Deerfield Beach and Brody).

On June 8, 2006, the Court adopted Deerfield Beach & Brody's proposed order consolidating these cases with lead case 06cv0228. On June 23, 2006, this Court appointed the Detroit Group as lead plaintiff in the above entitled action.

In light of the above, the Court **DENIES** the Motions for Consolidation of Related Cases of the Brucker Group [Doc. No.11-2], and the Detroit Group [Doc. No.14-1]. In addition, the Court **DENIES** the Motions for Lead Plaintiff of the Brucker Group [Doc. No.11-1], and the City of Deerfield Beach and Brody [Doc. No.19].

IT IS SO ORDERED.

DATE: June 28, 2006

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California

CC: ALL PARTIES AND COUNSEL OF RECORD
HONORABLE WILLIAM MCCURINE, UNITED STATES MAGISTRATE JUDGE

---

[1] The cases filed with this Court are; Brody v. Dot Hill, 06cv0228; Buckner v. Dot Hill 06cv0268, Naryznai v. Dot Hill, 06cv0341 Jardin v. Dot Hill, 06cv0281, Steinberg v. Dot Hill,06cv0662.